

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LAMAR CALVIN WHITE, | § | No. 08-23-00238-CR |
| Appellant, | § | Appeal from the |
| v. | § | 379th Judicial District Court |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC#2021-CR-3443) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF MAY 2024.


GINA M. PALAFOX, Justice


Before Alley, C.J., Palafox, and Soto, JJ.
Soto, J., concurring without opinion.